No. 87–2030. ANDERSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction.

No. 88–150. IRVIN ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–176. MISSOURI v. PRESLEY. Ct. App. Mo., Southern Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–5061. NEWLAND v. GEORGIA. Sup. Ct. Ga.;

No. 88–5363. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal.;

No. 88–5603. INGRAM v. KEMP, WARDEN. Super. Ct. Ga., Butts County;

No. 88–5630. HAMBLIN v. OHIO. Sup. Ct. Ohio; and

No. 88–5738. SIDEBOTTOM v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. D–720. IN RE DISBARMENT OF MACGUIRE, *ante,* p. 808;

No. 87–1586. CHALKO v. CHALKO, *ante,* p. 801;

No. 87–1707. STAUBER v. CLINE ET AL., *ante,* p. 817;

No. 87–1842. KALTSAS ET AL. v. CITY OF NORTH CHICAGO ET AL., *ante,* p. 804;

No. 87–1981. HARRIS v. REFINERS TRANSPORT & TERMINAL CORP. ET AL., *ante,* p. 823;

No. 87–2106. KASCHAK v. SUPERIOR COURT OF CALIFORNIA, KERN COUNTY (PINE MOUNTAIN CLUB PROPERTY OWNERS' ASSN., REAL PARTY IN INTEREST), *ante,* p. 827;

No. 87–2132.   GJESSING ET AL. *v.* WEST INDIAN CO., LTD., ET AL., *ante,* p. 802;

No. 87–2133.   LEGISLATURE OF THE VIRGIN ISLANDS *v.* WEST INDIAN CO., LTD., ET AL., *ante,* p. 802;

No. 87–6745.   THOMPSON *v.* LOUISIANA, *ante,* p. 871;

No. 87–6813.   WILLIAMS *v.* UNITED STATES POSTAL SERVICE ET AL., *ante,* p. 831;

No. 87–6987.   LIPHAM *v.* GEORGIA, *ante,* p. 873;

No. 87–7012.   KELLY *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 833;

No. 87–7039.   DAVENPORT *v.* GEORGIA, *ante,* p. 834;

No. 87–7084.   WOOL *v.* HINKEL ET AL.; and WOOL *v.* HORWITZ ET AL., *ante,* p. 802;

No. 87–7093.   HEADLEY *v.* ZON ET AL., *ante,* p. 836;

No. 87–7098.   JOHNSON *v.* ALABAMA, *ante,* p. 876;

No. 87–7117.   ANDREWS *v.* TEXAS, *ante,* p. 871;

No. 87–7125.   STEELE *v.* FELIX CHEVROLET ET AL., *ante,* p. 888;

No. 87–7131.   SAMM *v.* SOUTHEASTERN UNIVERSITY, *ante,* p. 837;

No. 87–7156.   MAY *v.* OHIO UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, *ante,* p. 838;

No. 87–7172.   GLAUDE *v.* REGIONAL POSTMASTER GENERAL ET AL., *ante,* p. 839;

No. 87–7197.   BROWN *v.* HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, *ante,* p. 840;

No. 87–7214.   MITCHELL *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., *ante,* p. 841;

No. 87–7216.   MAHLERWEIN *v.* FEDERAL LAND BANK OF LOUISVILLE, *ante,* p. 803;

No. 87–7222.   SAFIR *v.* INTERSTATE COMMERCE COMMISSION ET AL., *ante,* p. 841;

No. 87–7248.   KLEINSCHMIDT *v.* FLORIDA COMMISSION ON HUMAN RELATIONS ET AL., *ante,* p. 842;

No. 87–7278.   LOVINGOOD *v.* UNITED STATES, *ante,* p. 844;

No. 87–7293.   MAHLERWEIN *v.* STITSINGER ET AL., *ante,* p. 803;

No. 87–7294.   MAHLERWEIN *v.* BRUEWER ET AL., *ante,* p. 803;

No. 88–55.   IN RE ROBERTS, *ante,* p. 814;

No. 88–144.   SYRE *v.* PENNSYLVANIA ET AL., *ante,* p. 853;

No. 88–151.   MANZO v. MANZO, *ante,* p. 853;
No. 88–260.   IN RE DAVIS, *ante,* p. 814;
No. 88–310.   IN RE MASON ET UX., *ante,* p. 814;
No. 88–5007.   O'DELL v. VIRGINIA, *ante,* p. 871;
No. 88–5008.   LYNCH v. SEYBERT NICHOLAS PRINTING CORP., *ante,* p. 857;
No. 88–5034.   MINCEY v. GEORGIA, *ante,* p. 871;
No. 88–5047.   ENGLERT v. SMALL BUSINESS ADMINISTRATION, *ante,* p. 858;
No. 88–5052.   THOMPKINS v. ILLINOIS, *ante,* p. 871;
No. 88–5086.   MARTINEZ v. NEW MEXICO, *ante,* p. 859;
No. 88–5161.   DOTSON v. BOHTE ET AL., *ante,* p. 862;
No. 88–5194.   FREE v. ILLINOIS, *ante,* p. 872; and
No. 88–5298.   T. B. v. IOWA DEPARTMENT OF HUMAN SERVICES ET AL., *ante,* p. 896.   Petitions for rehearing denied.

No. 87–6335.   SIVLEY v. TEXAS, 487 U. S. 1201.   Motion for leave to file petition for rehearing denied.

No. 87–7076.   JURAS v. AMAN COLLECTION SERVICE, INC., ET AL., *ante,* p. 875.   Petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 88–5199.   GRAVES v. BIDNET, INC., *ante,* p. 868.   Petition for rehearing denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

DECEMBER 2, 1988

No. A–437.   HERNANDEZ ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   Application for stay of repatriation, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.   JUSTICE MARSHALL would grant the application.

DECEMBER 5, 1988

No. 88–665.   SUMMERS v. THOMPSON ET AL.   Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.